# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| ALYSSIA HARMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:20-cv-2281 |
| KANKAKEE COMMUNITY COLLEGE, and AMITA HEALTH d/b/a AMITA HEALTH ST. MARY'S HOSPITAL KANKAKEE, | ) **CERTIFICATE OF** ) **INTERESTED PARTIES** ) ) |
| Defendants. | ) |

The undersigned, counsel of record for Alyssia Harms, Plaintiff, furnishes the following in compliance with Rule 11.3 of this court.

(1) Alyssia Harms, Plaintiff

(3) Equip for Equality, Paul W. Mollica, Laura J. Miller, Attorneys for Plaintiff

Dated: Chicago, Illinois
October 8, 2020

Respectfully submitted,

*/s/   Paul W. Mollica*_____

Paul W. Mollica (Bar No. 6194415)
Equip for Equality
20 N. Michigan Ave., Ste. 300
Chicago, Illinois 60602
Telephone: 312-341-0022

ATTORNEYS FOR PLAINTIFF